# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-4199

_____

United States of America

*Plaintiff - Appellee*

v.

Daniel Drews

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Omaha

_____

Submitted: April 3, 2017
Filed: August 11, 2017
[Unpublished]

_____

Before SMITH, Chief Judge, ARNOLD and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Daniel Drews violated the terms of his supervised release and was sentenced, in November 2016, to 8 months of imprisonment and 24 more months of supervised release. He appealed that sentence, and the appeal was submitted to this panel on April 3, 2017. Since the appeal was submitted, Drews has served his full term of

imprisonment, had his supervision revoked again, and been sentenced to 6 more months of imprisonment with no more supervised release.

"Final judgment in a criminal case means sentence. The sentence is the judgment." *Burton v. Stewart*, 549 U.S. 147, 156 (2007) (per curiam) (quoting *Berman v. United States*, 302 U.S. 211, 212 (1937)). Because Drews is no longer serving the sentence, and therefore the judgment, now on appeal, the appeal is moot. *See United States v. Maxie*, No. 16-1448, 2017 WL 3084423 (8th Cir. July 20, 2017) (per curiam).

Accordingly, we dismiss this appeal.

_____